UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
|     Plaintiff/Appellee ) | |
| v. ) | |
| ) | |
| OSHAY JONES ) | No. 14-4408 |
| ) | |
|     Defendant/Appellant. ) | |
| ) | |

## MOTION SEEKING PRE-AUTHORIZATION FOR CERTAIN COPY EXPENSES

    Comes now counsel for the Appellant and respectfully submits the following in support of her request for the Court's pre-authorization for specific copy expenses:

    1.    Undersigned counsel has been designated by her co-counsel as lead counsel in this matter. Counsel requires a "working copy" of the Joint Appendix in order to efficiently locate spot citations to the record for inclusion in the brief. Without a paper working copy of the Joint Appendix, resort to an electronic copy of the Joint Appendix will require counsel to spend unnecessary time preparing the brief.

    2.    Appellant has filed, pro se, a request with the Court for copies of the transcripts in the case and other pleadings. Appellant has also requested copies of these documents from counsel. Appellant is entitled to the requested copies and

counsel has determined that furnishing Appellant with a copy of the Joint Appendix is the most cost efficient way to respond to Appellant's requests. Because Appellant is incarcerated, he cannot access nor maintain the requested documents electronically.

    3.    Counsel is working with Lantagne Legal Printing and has determined that their printing/copying of the Joint Appendix can be accomplished for less expense than for counsel to print the copies in her office.

WHEREFORE, counsel respectfully requests this Court to pre-authorize the copying expenses associated with the preparation of two additional copies of the Joint Appendix.

Respectfully submitted,

Krysia Carmel Nelson

__/s/ Krysia Carmel Nelson_____
Krysia Carmel Nelson, VSB 38778
PO Box 66
Keswick, VA  22947
(434) 979-0053
kcnelson@kcnelsonlaw.com
Counsel for Appellant

2