FILED: November 6, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4508 (L)
(7:13-cr-00038-SGW-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

OSHAY TERRELL JONES

       Defendant - Appellant

_____

O R D E R

_____

Court-appointed counsel, Krysia Carmel Nelson, has filed a motion seeking pre-authorization for certain copy expenses.

The Court denies the motion without prejudice to renewal containing the total estimated dollar cost, the total estimated page count, and the cost per page.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk